

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00188-CV

Jefferson County Constables Association
v.
Jefferson County, Texas

On appeal from the
60th District Court of Jefferson County, Texas
Trial Cause No. B-191,390

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered.  The Court orders the judgment of the trial court REVERSED and RENDERS judgment that summary judgment be granted in favor of appellant Jefferson County Constables Association.  Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

May 5, 2016.